UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                                Case No. 6:08-cr-110-Orl-19DAB

BETTY D'ANDREA

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P. and Rule 6.01(c)(12), Middle District of Florida Local Rules, and has entered a plea of guilty to Count Fourteen of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea agreement and the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly. The Defendant remains on conditions of release pending sentencing.

Date: June 23, 2008

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. Section 636(b)(1)(B), Rule 6.02 Middle District of Florida Local Rules.

Copies furnished to:

Presiding District Judge, Courtroom Deputy, United States Attorney, United States Probation Office, Counsel for Defendant